970 So.2d 402 (2007)
B.S., Appellant,
v.
DEPARTMENT OF CHILDREN & FAMILY SERVICES, et al., Appellees.
No. 3D07-346.
District Court of Appeal of Florida, Third District.
November 7, 2007.
Kevin Coyle Colbert, Miami, for appellant.
Karla Perkins, Assistant District Legal Counsel, for appellee, Department of Children and Family Services, and Hillary S. Kambour, for appellee, Guardian Ad Litem Program.
Before GERSTEN, C.J., and CORTIÑAS, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. Padgett v. Dep't of Health & Rehab. Servs., 577 So.2d 565 (Fla.1991); Dep't of Children & Families v. B.B., 824 So.2d 1000 (Fla. 5th DCA 2002).